UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ADELAIDE CHRISTINE KONTRAS,

                        NO. 09 CV 755 (SAS)

          Plaintiff,

                        ORDER

    -against-

TCR TENNIS CLUB OF RIVERDALE INC.

         Defendant.
------------------------------------X

    After a hearing, it is ordered that:

    1. Defendant has leave of Court to serve an Amended Answer with Counterclaims;

    2. All deadlines in the Scheduling Order are hereby modified and moved forward thirty days; and

    3. The final pre-trial conference is adjourned to January 11, 2010 at 4:30pm.

So Ordered:

11/9/09

Honorable Shira A. Scheindlin

cli/lit/tennis club/tcr.order

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/09